## ROBERT H. PIERSON *against* WILLIAM PIERSON.

### ON CERTIORARI.

In an action of covenant, it must appear upon the state of demand, that the instrument upon which the action is founded is a sealed instrument.

---

This was an action of covenant in which a judgment had been given, upon the verdict of a jury, for William Pierson, the plaintiff below, against Robert H. Pierson.

—— *v.* Dill.

*Ewing* now moved to reverse this judgment, because the state of demand did not allege that the instrument upon which the action was brought was a sealed instrument.

KIRKPATRICK, C. J. Does the state of demand set out an instrument of writing at all?

*Ewing.* No, sir; it calls it *"articles of agreement."*

KIRKPATRICK, C. J. As the magistrate is obliged to set down the cause of action, he must set down the real style.

FORD, J. An action of covenant cannot be maintained, except on a deed.

*Per Curiam.* Take a reversal.